# EXHIBIT B
Removal Order

Case 3:08-cr-00293-LAB Document 8-4 Filed 02/25/2008 Page 1 of 2



# Final Administrative Removal Order

In removal proceedings under section 238(b) of the Immigration and Nationality Act

File Number: A78 461 640

Date: 2/13/06

To: ARNOLDO-AREVALO, LUIS      AKA: ARNOLDO, LUIS

Address: Centinela State Prison, 2302 Brown Road, Imperial, California, 92251
(Number, Street, City, State and ZIP Code)

Telephone: (760) 348-7000
(Area Code and Phone Number)

## ORDER

Based upon the allegations set forth in the Notice of Intent to Issue a Final Administrative Removal Order and evidence contained in the administrative record, I, the undersigned Deciding Service Officer of the Department of Homeland Security, make the following findings of fact and conclusions of law. I find that you are not a citizen or national of the United States and that you were not lawfully admitted for permanent residence. I further find that you have a final conviction for an aggravated felony as defined by Section 101(a)(43)(A) of the Act, as amended 8 USC 1101(a)(43)(A) and are ineligible for any relief from removal that the Secretary of Homeland Security, may grant in an exercise of discretion. I further find that the administrative record established by clear, convincing, and unequivocal evidence that you are deportable as an alien convicted of an aggravated felony pursuant to Section 237(a)(2)(A)(iii) of the Act, 8 USC 1227(a)(2)(A)(iii). By the power and authority vested in the Secretary of Homeland Security, and in me as the Secretary's delegate under the laws of the United States, I find you deportable as charged, and order that you be removed from the United States to:

Mexico
or to any alternate country prescribed by section 241 of the Act.

2/13/06
(Signature of Authorized Official)
Johnny Williams
SDDO for Operations
(Title of official)
El Centro, California 92243
(Date and office location)

## Certificate of Service

I served this FINAL ADMINISTRATIVE REMOVAL ORDER upon the above-named individual.

Centinela State Prison, 2302 Brown Road, Imperial, California, 92251     Personal Service
(Date, time, place and manner of service)

Frank Valyla
Immigration Enforcement Officer
(Signature and title of officer)

Form I-851A (Rev. 10/03) N

18