1  **ROBERT L. SWAIN**
   California State Bar No. 144163
2  Attorney at Law
   964 Fifth Avenue, Suite 214
3  San Diego, California 92101
   Telephone: (619) 544-1494
4  Facsimile: (619) 544-1473

5  Attorney for Defendant **Arnoldo-Arevalo**

6

7
                    UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9
                       **(HON. LARRY A. BURNS)**
10

11  UNITED STATES OF AMERICA,      )    Case No. 08-CR-0293-LAB
                                    )
12          Plaintiff,              )    Date: March 17, 2008
                                    )    Time: 2:00 p.m.
13  v.                              )
                                    )    **SUPPLEMENTAL EXHIBITS IN**
14  LUIS ARNOLDO-AREVALO,           )    **SUPPORT OF MOTION TO DISMISS**
                                    )
15          Defendant.              )
                                    )
16  ─────────────────────────────

17  TO:    KAREN HEWITT, UNITED STATES ATTORNEY,
          DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY.

18          The defendant, Luis Arnoldo-Arevalo, by and through his counsel, Robert L. Swain,

19  hereby files these supplemental exhibits in support of motion to dismiss.

20

21                                      Respectfully submitted,

22

23
                                        /s/ Robert L. Swain
24  Dated: February 26, 2008            **ROBERT L. SWAIN**
                                        Attorney at Law
25                                      Attorney for Defendant **Arnoldo-Arevalo**

26

27

28