# EXHIBIT C

1 **ROBERT L. SWAIN**
Attorney at Law
2 California State Bar Number 144163
964 Fifth Ave, Suite 214
3 San Diego, California 92101
Telephone: (619) 544-1494
4 Facsimile: (619) 544-1473

5 Attorney for Defendant **Arnoldo-Arevalo**

6

7
UNITED STATES DISTRICT COURT
8
SOUTHERN DISTRICT OF CALIFORNIA
9
**(HON. LARRY A. BURNS)**
10

11

12 | UNITED STATES OF AMERICA, ) Case No. 08-CR-0293-LAB
13 |         Plaintiff, )
                           )
14 | v.                    )   **DECLARATION OF**
                           )   **LUIS ARNOLDO-AREVALO IN**
15 | **LUIS ARNOLDO-AREVALO,** )  **SUPPORT OF MOTION TO**
                           )   **DISMISS THE INDICTMENT**
16 |         Defendant. )
                           )
17 | _____)

18

19      I, Luis Arnoldo-Arevalo, declare under penalty of perjury:

20 1.  I the defendant in the above-captioned case and make this declaration in support of a
21     motion filed by my attorneys.

22 2.  Spanish is my primary language. I neither speak nor read English fluently.

23 3.  My attorney has shown me a two-page document titled, "Notice of Intent to Issue a
24     Final Administrative Removal Order." This form was not presented to me, or read to
25     me, in Spanish, on or about February 2006.

26 4.  At the time the form was presented to me, I was not provided a list of free legal
27     services.

28 5.  I was brought to the United States when I was 5 years old, [initialed L.A.A.] and grew up in Los Angeles, although I never went to school. I have three U.S. citizen daughters ages 13, 11, and 7.

1  I swear that, to the best of my knowledge and memory, the foregoing is true and
2  correct.

DATED: 2/25/08

LUIS-ARNOLDO-AREVALO
Declarant

2