# EXHIBIT D

| U.S. Department of Justice | | Record of Deportable/Inadmissible Alien |
|---|---|---|
| Immigration and Naturalization Service | | |

| Family Name (CAPS) First Middle | | | Sex | Hair | Eyes | Complexion |
|---|---|---|---|---|---|---|
| ARNOLDO-Arevalo, Luis | | | Male | Black | Brown | Medium |
| Country of Citizenship | Passport Number and country of Issuance | File Number | Height | Weight | Occupation | |
| Mexico | | A-78 461 640 | 68" | 130 lbs | Laundromat | |
| U.S. Address | | | Scars and Marks | | | |
| N/A | | | Tattoo Left Hand | | | |
| Date, Place, Time, Manner, of Last Entry | | Passenger Boarded At | F.B.I. Number | ☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated | | |
| Not applicable | | | [redacted] | | | |
| Number, Street, City, Province, (State) and Country of Permanent Residence | | | Method of Location / Apprehension | | | |
| Calle Frida Klalo Zona Rio, Tijuana, Baja California, Mexico | | | Border Inspection/San Ysidro | | | |
| Date of Birth | Date of Action | Location Code | At/Near | | Date/Hour | |
| November 26, 1971     Age 36 | 01/09/08 | SDP/SYS | SYS/POE | | 01/09/08    0850 | |
| City, Province, (State) and County of Birth | AR ☐ Form (Type & No.) Lifted ☐ Not Lifted ☐ | | By | | | |
| Durango, Durango, Mexico | | | | | | |
| Visa Issued At - NIV No. | Social Security Account Name | | Status at entry | | Status When Found | |
| Not Applicable | | | ALT DSP-150 | | Inadmissible | |
| Date Visa Issued | Social Security Number | | Length of Time Illegally in U.S. | | | |
| | | | At Entry | | | |
| Immigration Record | | Criminal Record | | | | |
| FINS: [redacted] | | FBI: [redacted] | | | | |
| Name, Address and Nationality of Spouse (Maiden Name, if appropriate) | | | Number and Nationality of Minor Children | | | |
| Tania Lisette Gomez/ USC | | | 3/USC | | | |
| Father's Name, and Nationality and Address, if Known | | | Mother's Present and Maiden Names, Nationality, and Address, if Known | | | |
| Unknown | | | Gloria Arevalo/Mexican | | | |
| Monies Due / Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | INS Systems Checks | Charge Code Word(s) | | | |
| | | | I6C, I7A, I9A | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary hr. | Employed from/to | | | |

Narrative (Outline particulars under which alien located / apprehended. Include details, not shown above, re time, place, manner of last entry, and elements which establish administrative and / or criminal violations. Indicate means and route of travel to interior)

**\*\*\*\*\*SEE ROI\*\*\*\*\***

Alien has been advised of communication privileges.    (Date/Initials)    _____ (Signature and Title of INS Official)

Distribution:

Received (Subject and Documents)(Report of Interview)
Officer:    Carla Saco/CBP Enforcement Officer
on:    January 9, 2008    at    SYS    (time)
Disposition    Paroled to custody MCC San Diego

Examining Officer:    Daniel Webb/Supervisory CBP Enforcement Officer

Form I-213 (Rev. 4/1/97)Y