UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-CR-0293-LAB |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| **LUIS ARNOLDO-AREVALO,** | ) | |
| Defendant. | ) | |

I, ROBERT L. SWAIN, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

I am not a party to the above-entitled action. I served the within **SUPPLEMENTAL EXHIBITS IN SUPPORT OF MOTION TO DISMISS**, on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

Judge Larry A. Burns efile_Burns@casd.uscourts.gov.

Assistant United States Attorney Dale.Blankenship@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2008.

/s/   Robert L. Swain
ROBERT L. SWAIN