KAREN P. HEWITT
United States Attorney
A. DALE BLANKENSHIP
Assistant United States Attorney
California State Bar No. 235960
Edward J. Schwartz Federal Building
880 Front Street #6293
San Diego, CA 92101
(619) 557-6199
Dale.Blankenship@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ARNOLDO-AREVALO,<br><br>Defendant. | Case No.: 08CR0293-LAB<br><br>TABLE OF CONTENTS FOR EXHIBITS IN SUPPORT OF GOVERNMENT'S RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT |


| Exhibits | | Pages |
|---|---|---|
| Exhibit 1: | Defendant's Immigration Documents | 1- 10 |
| Exhibit 2: | Defendant's Conviction Documents | 11 - 15 |

# EXHIBIT (1)

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Field | Value |
|---|---|
| Family Name (CAPS) / First / Middle | ARNOLDO-AREVALO, Luis |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | MED |
| Country of Citizenship | MEXICO |
| Passport Number and Country of Issue | |
| File Number | Case No: ECC0602000090 A078 461 640 |
| Height | 69 |
| Weight | 130 |
| Occupation | LABORER |
| U.S. Address | CENTINELA STATE PRISON 2302 BROWN ROAD IMPERIAL, CALIFORNIA 92251 |
| Scars and Marks | See Narrative |
| Date, Place, Time, and Manner of Last Entry | 12/15/1989, Unknown Time, SYS, EWI |
| Passenger Boarded at | |
| F.B.I. Number | 232823NB6 |
| Marital status | ☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence | |
| Method of Location/Apprehension | CAP 520.3 |
| Date of Birth | 11/26/1971 Age: 34 |
| Date of Action | 02/06/2006 |
| Location Code | SND/ECC |
| At/Near | IMPERIAL, CA |
| Date/Hour | 02/06/2006 0000 |
| City, Province (State) and Country of Birth | DURANGO, MEXICO |
| AR | ☒ |
| Form: (Type and No.) | Lifted ☐ Not Lifted ☐ |
| By | CHRISTOPHER SALGADO |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | PWA Mexico |
| Status When Found | IN INSTITUTION |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | OVER 1 YEAR |
| Immigration Record | NEGATIVE |
| Criminal Record | See narrative |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Nationality: UNITED STATES; GOMEZ, Tanya; 218 E LEROY ST #201; LOS ANGELES, CALIFORNIA 90012 |
| Number and Nationality of Minor Children | M USC |
| Father's Name, Nationality, and Address, if Known | Nationality: MEXICO; ARNOLDO, Jose; MEXICO |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | AREVALO, Marta; Nationality: MEXICO; MEXICO |
| Monies Due/Property in U.S. Not in Immediate Possession | |
| Fingerprinted? | Yes ☒ No ☐ |
| INS Systems Checks | See Narrative |
| Charge Code Word(s) | R2A3 |
| Name and Address of (Last)/(Current) U.S. Employer | KLT EMBROIDERY |
| Type of Employment | |
| Salary | Hr. |
| Employed from/to | / / / / |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

OTHER ALIASES KNOWN BY
ARNOLDO, LUIS

SCARS, MARKS AND TATTOOS
SCAR EYE, RIGHT/RIGHT EYE AREA

INS SYSTEMS CHECKS
Central Index System Positive
National Crime Information Center Positive

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by SALGADO

Subject was interviewed at Centinela State Prison, Imperial CA. Subject CDC# T11747. Immigration records indicate he is not a lawful permanent resident or a naturalized citizen. Subject entered without inspection. Subject was convicted on 1/26/2001 in the County of Los Angeles in Superior Court for the offense of Rape by Force and Fear in violation of section 261 (A) (2) of the California Penal Code. Subject was sentenced to 6 years. Subject has not filed any appeals with the California Appellate Courts. Subject has no fear in returning to his Country.

CHRISTOPHER SALGADO
DEPORTATION OFFICER
(Signature and Title of INS Official)

Alien has been advised of communication privileges. ____________(Date/Initials)

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer: CHRISTOPHER SALGADO
on: February 6, 2006 at ________ (time)
Disposition: ADMINISTRATIVE DEPORTATION I-851/I-851A
Examining Officer: L. TANORI-AMARILLAS

00002



# Notice of Intent to Issue a Final Administrative Removal Order

**In removal proceedings under section 238(b) of the Immigration and Nationality Act**

File Number: A78 461 640

To: ARNOLDO-AREVALO, LUIS AKA: ARNOLDO, LUIS

Address: Centinela State Prison, 2302 Brown Road, Imperial, California. 92251
(Number, Street, City, State and ZIP Code)

Telephone: (760) 337-8106
(Area Code and Phone Number)

Pursuant to section 238(b) of the Immigration and Nationality Act (Act) as amended, 8 USC 1228(b), the Department of Homeland Security (Department) has determined that you are amenable to expedited administrative removal proceedings. The determination is based upon the following allegations:

1. You are not a citizen or national of the United States.

2. You are a native of Mexico and citizen of Mexico.

3. You entered the United States (at)(near) San Ysidro, California on or about 12/15/1989.

4. At that time, you **entered without inspection**.

5. You are not lawfully admitted for permanent residence.

6. You were, on 1/26/2001, convicted in the Superior Court of California, County of Los Angeles, for the offense of Rape by Force and Fear in violation of Section 261 (A) (2) of the California Penal Code; for that offense the term of imprisonment imposed was 6 years.

**Charge:**
You are deportable under Section 237(a)(2)(A)(iii) of the Act, 8 USC 1227(a)(2)(A)(iii), as amended, because you have been convicted of an aggravated felony as defined in Section 101(a)(43)(A) of the Act, 8 USC 1101(a)(43)(A).

Based upon section 238(b) of the Act, the Department is serving upon you this NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER ("Notice of Intent") without a hearing before an Immigration Judge.

**Your Rights and Responsibilities**
You may be represented (at no expense to the United States government) by counsel, authorized to practice in this proceeding. If you wish legal advice and cannot afford it, you may contact legal counsel from the list of available free legal services provided to you.

You must respond to the above charges in writing to the Department address provided below within 10 calendar days of service of this notice (or 13 calendar days if service is by mail). **The Department must RECEIVE your response within that time period.**

In your response you may: request, for good cause, an extension of time; rebut the charges stated above (with supporting evidence); request an opportunity to review the government's evidence; admit deportability; designate the country to which you choose to be removed in the event that a final order of removal is issued (which designation the Department will honor only to the extent permitted under section 241 of the Act, 8 U.S.C. 1231); and/or, if you fear persecution in any specific country or countries on account of race, religion, nationality, membership in a particular social group, or political opinion or, if you fear torture in any specific country or countries, you may request withholding of removal under section 241(b)(3) of the Act, 8 U.S.C. 1231(b)(3), or withholding/deferral of removal under the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment (Convention Against Torture). A grant of withholding or deferral of removal would prohibit your return to a country or countries where you would be persecuted or tortured, but would not prevent your removal to a safe third country.

You have the right to remain in the United States for 14 calendar days so that you may file for review of this order to the appropriate U.S. Circuit Court of Appeals as provided for in section 242 of the Act, 8 U.S.C. 1252. You may way your right to remain in the United States for this 14-day period. If you do not file a petition for review within this 14-day period, you will still be allowed to file a petition from outside of the United States so long as that petition is filed with the appropriate U.S. Circuit Court of Appeals within 30 calendar days of the date of your final order of removal.

L.T. Amarillas
Supervisory Detention Deportation Officer
(Signature and Title of Issuing Officer)

Imperial, California
(City and State of Issuance)

2/7/2006
(Date and Time)

Form I-851 (rev. 10/03) N



## Certificate of Service

I served this Notice of Intent. I have determined that the person served with this document is the individual named on the other side of the form.

[signature] Immigration Enforcement Agent — 2/10/06 Personal Service

(Signature and Title of Officer) (Date and Manner of Service)

☑ I explained and/or served this Notice of Intent to the alien in the English Spanish language.

[signature]

(Name of Interpreter) (Signature of Interpreter)

Location/Employer: Centinela State Prison, 2302 Brown Road, Imperial, California. 92251

**I Acknowledge that I Have Received this Notice of Intent to Issue a Final Administrative Removal Order.**

X [signature] — 2-10-06

(Signature of Respondent) (Date and Time)

☐ Alien refused to acknowledge receipt of this document.

[signature] IEA — 2/10/06

(Signature and Title of Officer) (Date and Time)

**☐ I Wish to Contest and/or to Request Withholding of Removal**

☐ I contest my deportability because: (Attach any supporting documentation):

- ☐ I am a citizen or national of the United States.
- ☐ I am a lawful permanent resident of the United States.
- ☐ I was not convicted for the criminal offense described in allegation number 6 above.
- ☐ I am attaching documents in support of my rebuttal and request for further review.

☐ I request withholding or deferral of removal to ______________________ [Name of Country or Countries]:

- ☐ Under section 241(b)(3) of the Act, 8 U.S.C. 1231(b)(3), because I fear persecution on account of my race, religion, nationality, membership in a particular social group, or political opinion in that country or those countries.
- ☐ Under the Convention against Torture, because I fear torture in that country or those countries.

(Signature of Respondent) (Printed Name of Respondent) (Date and Time)

**☒ I Do Not Wish to Contest and/or to Request Withholding of Removal**

☒ I admit the allegations and charge in the Notice of Intent. I admit that I am deportable and acknowledge that I am not eligible for any form of relief from removal. I waive my right to rebut and contest the above charges. I do not wish to request withholding or deferral of removal. I wish to be removed to:

**Mexico**

☒ I understand that I have the right to remain in the United States for 14 calendar days in order to apply for judicial review. I do not wish this opportunity. I waive this right.

X [signature] — Luis Arnoldo — 2/10/2006

(Signature of Respondent) (Printed Name of Respondent) (Date and Time)

[signature] — FERNANDO VALENZUELA — 2/10/2006

(Signature of Witness) (Printed Name of Witness) (Date and Time)

**RETURN THIS FORM TO:**
**Department of Homeland Security**
Centinela State Prison
2302 Brown Road
Imperial, California 92251

**ATTENTION:** The Department office at the above address must RECEIVE your response within 10 calendar days from the date of service of this notice of Intent (13 calendar days if service is by mail).

Form I-851 (Rev. 10/03) N



# Final Administrative Removal Order

In removal proceedings under section 238(b) of the Immigration and Nationality Act

File Number: A78 461 640

Date: 2/13/06

To: ARNOLDO-AREVALO, LUIS AKA: ARNOLDO, LUIS

Address: Centinela State Prison, 2302 Brown Road, Imperial, California. 92251
(Number, Street, City, State and ZIP Code)

Telephone: (760) 348-7000
(Area Code and Phone Number)

## ORDER

Based upon the allegations set forth in the Notice of Intent to Issue a Final Administrative Removal Order and evidence contained in the administrative record, I, the undersigned Deciding Service Officer of the Department of Homeland Security, make the following findings of fact and conclusions of law. I find that you are not a citizen or national of the United States and that you were not lawfully admitted for permanent residence. I further find that you have a final conviction for an aggravated felony as defined by Section 101(a)(43)(A) of the Act, as amended 8 USC 1101(a)(43)(A) and are ineligible for any relief from removal that the Secretary of Homeland Security, may grant in an exercise of discretion. I further find that the administrative record established by clear, convincing, and unequivocal evidence that you are deportable as an alien convicted of an aggravated felony pursuant to Section 237(a)(2)(A)(iii) of the Act, 8 USC 1227(a)(2)(A)(iii). By the power and authority vested in the Secretary of Homeland Security, and in me as the Secretary's delegate under the laws of the United States, I find you deportable as charged, and order that you be removed from the United States to:

Mexico
or to any alternate country prescribed by section 241 of the Act.

2/13/06
(Signature of Authorized Official)
Johnny Williams
SDDO for Operations
(Title of official)
El Centro, California 92243
(Date and office location)

## Certificate of Service

I served this FINAL ADMINISTRATIVE REMOVAL ORDER upon the above-named individual.

Centinela State Prison, 2302 Brown Road, Imperial, California. 92251 Personal Service
(Date, time, place and manner of service)

Immigration Enforcement Officer
(Signature and title of officer)



Form I-851A (Rev. 10/03) N

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissable Alien

| Family Name (CAPS) / First / Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|
| ARNULDO-Arcevalo, Luis AKA Arnoldo, Luis | M | BLACK | BROWN | MEDIUM |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| Mexico | | A78 461 640 | 5'08" | 105 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| California Department of Corrections | N/V |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded At | F.B.I. Number | Marital Status |
|---|---|---|---|
| 12/89 POE SYS EWI | | 232823NB6 | Single |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| 2118 E. Le Roy St. #201, Los Angeles, CA 90012 | 511.2.2 |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 11/26/71 | 4/18/01 | SFR/BKI | NORTH KERN | 3/27/01 |

| City, Province (State) and Country of Birth | AR ☐ Form: (Type and No. Lifted ☐ Not Lifted ☐ | By |
|---|---|---|
| Durango, Mexico | | Fishburn, Dana Immigration Agent |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | EWI | IN INSTITUTION |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| SEE NARRATIVE AND ATTACHMENTS | SEE NARRATIVE AND ATTACHMENTS |

| Name, Address, and Nationality of Spouse (Maiden Name, if Apprpriate) | Number and Nationality of Minor Children |
|---|---|
| C/N | 5 USC's |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| Jose Diego, Mex/Dec. | Martha Melgar, Mex/Dec. |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes ☐ No | INS Systems Checks | Charge Code Word(s) |
|---|---|---|---|
| | | | R2A3 |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| UNEMPLOYED | LABORER | Hr. | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

Prison name: ARNULDO, Luis
CDC No.: T11747
CII No.: A21552595
Court: Los Angeles
Case No.: BA202251
PC/HS: 261(a)(2)
Crime: Rape By Force or Fear
Conviction Date: 1/26/01
Sentence: 6 yrs
Offense Date: 4/18/00
Military Service:
Est. Release Date:
DACS Code(s): 3699

Subject is eligible for Administrative Removal from the United States pursuant to Section 238(b) of the Immigration & Nationality Act, as mandated by Congress. Subject is a native of Durango, Mexico and has entered the United States without inspection through POE SYS on an UNK DOE in 12/89. Subject has subsequently been convicted of the aggravated felony of Rape by Force or Fear PC 261(a)(2) and has consequently been sentenced to a prison sentence of six (6) years in the California Department of Corrections. Subject was not found to have any discernible aliases.

Alien has been advised of communication privileges _______________ (Date/Initials)

[signature] (Signature and Title)

DISTIBUTION
1 FILE
1 STATISTICAL

Received: (Subject and Documents) (Report of Interview)
Officer: Siouris, Chris Immigration Agent
on: Wednesday, April 18, 2001
Disposition: I-851 Auth.
Examining Officer:

U.S. Department of Justice
Immigration and Naturalization Service

# Immigration Detainer - Notice of Action

| To: (Name and Title of Institution) | From: (INS office address) |
|---|---|
| CUSTODIAN OF RECORDS, HOLDS/WARRANTS/DETAINERS CITY/COUNTY JAIL/CALIFORNIA DEPARTMENT OF CORRECTIONS, UNITED STATES MARSHALS SERVICE OR ANY SUBSEQUENT LAW ENFORCEMENT AGENCY | U.S. Immigration and Naturalization Service<br>800 Truxtun Ave.<br>Bakersfield, California<br>Pickup Arrangements: (661) 861-4465<br>Inquiries: (661) 861-4478/4479 |

| Name of Alien (INS): ARNULDO-Arcevalo, Luis | | | Name of Alien (Institution ): ARNULDO, Luis | |
|---|---|---|---|---|
| Date of birth: 11/26/71 | Nationality: Mexico | | Offense: California PC 261(a)(2) | File No: A 78 461 640 |
| CII# A21552595 | Location: NORTH KERN | | Date Sentenced: 1/26/01 | Date Detainer File 4/18/01 |
| FBI: 232823NB6 | Booking No: | | Sentence Length: 6 yrs | Interview Date: 3/27/01 |
| Institution No: T11747 | Sex: M | DACS Code: 3699 | Ag Felony: ☑ Yes ☐ No ☐ DO ☐ DR ☑ OT | ERD: |

**You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:**

☑ Investigation has been initialized to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on ________ (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on ________. (Date)

☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive. If you have any further questions regarding this matter, please contact the INS official named below at (661) 861-4465 during normal business hours.

☐ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling (661) 861-4465 during business hours or ________ after hours in an emergency.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office.

☑ A self-addressed stamped envelope is enclosed for your convenience

☑ Please return a signed copy via facsimile to (661) 861-4037. (Area code and phone number)

Return fax to the attention of ________ (Name of INS officer handling case)

☑ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☑ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel any detainer previously placed by this Service.

[signature] (Signature of INS official)

Siouris, Chris Immigration Agent (Title of INS official)

**Receipt acknowledged:**

Date of latest conviction: ________ Latest conviction charge: ________
Estimated release date: ________

Signature and title of official: ________

U.S. Department of Homeland Security
Immigration and Customs Enforcement

Warning to Alien Ordered Removed or Deported

File No: A78 461 640
Date:

**Alien's Full Name:** ARNOLDO-AREVALO, LUIS

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States.

☐ For a period of 5 years from the date of your departure from the United States because you have been found inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:

- ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
- ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
- ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by an immigration officer, a judge of the United States district court, or a magistrate of a United States magistrate court.

☒ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

- ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
- ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
- ☒ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
- ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deported under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted or a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contracting any United States Consulate or office of the United States Immigration and Naturalization Service. Refer to above file number when requesting forms or information.

WARNING: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt or enter, or be found in the United States during the period in which he or she is barred from doing so without the Attorney General's consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

X [signature]
(Alien's Signature)

[signature] Frando Valla
(Signature of officer serving warning)

Immigration Enforcement Officer
(Title of Officer)

Imperial, CA
(Location of INS Office)

Form I-294 (4--1/97)N

U.S. Department of Homeland Security
Immigration and Customs Enforcement

Warrant of Removal/Deportation

File No: A78 461 640

Date: 2/2/2006

**To any officer of the United States Immigration and Naturalization Service:**

ARNOLDO-AREVALO, LUIS

(Full name of alien)

who entered the United States at San Ysidro, California (Place of entry) on 12/15/1989 (Date of entry)

is subject to removal/deportation from the United States, base upon a final order by:

- ☐ an immigration judge in exclusion, deportation, or removal proceedings
- ☒ a district director or a district director's designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate court Judge

and pursuant to the following provisions of the Immigration and Nationality Act;

237(a)(2)(A)(iii) of the Immigration and Nationality Act, as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in Section 101(a)(43)(A) of the Act.

I, the undersigned officer of the United States by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of: Appropriations, "Salaries & Expenses" Immigration and Naturalization Service, 1997 including the expense of an attendant, if necessary.

Fins #
18433342

N. Antunez CAS
Nora Antunez
(Signature of INS official)

Field Director
(Title of INS official)

San Diego, California
(City and State)

Form I-205 (Rev 4-1-97)N

To be completed by Service officer executing the warrant:
Name of alien being removed ARNOLDO-AREVALO, LUIS

Port, date, and manner of removal: Port: Calexico, CA 2-21-2006 Manner: Afoot
(Date)

CALIFORNIA STATE PRISON
ARNOLDO, L
T-11747
12/22/05 CEN

Right index fingerprint of alien removed
Photograph of alien removed

X [signature]
(Signature of alien being fingerprinted)

[signature] IEA
(Signature and title of INS official taking print)

Departure witnessed by: [signature] IEA
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here ☐

Departure Verified by: [signature] IEA
(Signature and title of INS official)

# Exhibit (2)

T1147

OK'D TO GO S/W NOTED

MAR 13 2001

CR290.1



**ABSTRACT OF JUDGMENT - - -PRISON COMMITMENT - - DETERMINATE SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM**

***(Not be used for multiple count convictions or for 1/3 consecutive sentences)***

[X] SUPERIOR [ ] MUNICIPAL COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
BRANCH OR JUDICIAL DISTRICT CENTRAL DISTRICT - CRIMINAL

FILED
LOS ANGELES SUPERIOR COURT
MAR 07 2001
JOHN A. CLARKE, CLERK
BY LOUISE HARGROVE, DEPUTY

PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT: ARNOLDO, LUIS
DOB: 11-26-71
AKA
CII#: A21552595
BOOKING #: 6749700 [ ] NOT PRESENT
CASE NUMBER: BA202251

COMMITTED TO STATE PRISON ABSTRACT OF JUDGMENT [ ] AMENDED ABSTRACT

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| 02-27-01 | 119 | KATHLEEN KENNEDY-POWELL |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|
| GAYNA SQUALLS | LAURIE SMALL | X1773852 |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | [ ] APPTD |
|---|---|---|
| SAMUEL DORDULIAN | CHAIM MAGNUM PVT | |

1. Defendant was convicted of the commission of the following felony.

| CNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO) | (DAY) | (YEAR) | CONVICTED BY JURY | COURT | PLEA | TERM (L,M,U) | TIME IMPOSED YRS | MOS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 261(A)(2) | RAPE/BY/FORCE/FEA | 2000 | 01 | 26 | 01 | | | X | M | 6 | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

4. [ ] Defendant was sentenced pursuant to PC 667(b)-(i) or PC 1170.12 (two strikes).

INPUT OBIS

5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   a. RESTITUTION FINE of $200.00 per PC 1202.4(b) forthwith per PC 2085.5.
   b. RESTITUTION FINE of $200.00 per PC 1202.45 suspended unless parole is revoked.
   c. RESTITUTION of $________ per PC 1202.4(f) to [ ] victims* [ ] Restitution Fund
   (*List victim name(s) if known and amount breakdown in item 7, below.)
   (1) [ ] Amount to be determined. (2) [ ] Interest rate of:_____% (not to exceed 10% per PC 1204.4(f)(3)(F)).
   d. [ ] LAB FEE of: $______ for counts: ______ Per H&SC 11372.5(a).
   e. [ ] DRUG PROGRAM FEE of $150 per H&SC 11372.7(a) f. [ ] FINE of: $______ per PC 1202.5.

6. TESTING: [ ] AIDS [ ] DNA pursuant to [X] PC 1202.1 [ ] PC 290.2 [X] other (specify): D.O.C.;deft. Having been convicted of a

7. Other orders (specify): Pay $200.00 sexual offender fee purs to sec. 290.3 pc, **viol p.c.sec. 261(a)(2)pc(purs to sec. 1202.1 pc youare directed to obtain a sample of deft's blood in a medically approved manner, and test the same for the presence of HIV VIRUS.you are further ordered to inform the deft. Of the results of such test and provide the test results of such test and providethe test results to this court under seal. 210 w. Temple st., L.A.CA.90012, dept 119. Deft. Is advised by the court that he is to submit to hair, blood, and saliva samples.

8. TOTAL TIME IMPOSED: 6

CORRECT COPY OF COURT CERTIFIED DOCUMENT(S) ON FILE WITH THE CALIFORNIA DEPARTMENT OF CORRECTIONS
U.S. IMMIGRATION OFFICER

9. [ ] This sentence is to run concurrent with *(specify)*:

10. Execution of sentence imposed
   a. [X] at initial sentencing hearing.
   b. [ ] at resentencing per decision on appeal.
   c. [ ] after revocation of probation.
   d. [ ] at resentencing per recall of commitment. (PC 1170(d).)
   e. [ ] other *(specify)*:

| 11. | DATE SENTENCE PRONOUNCED | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS: | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | [ ] 4019 [ ] 2933.1 | SERVED TIME IN STATE INSTITUTION [ ] DMH [ ] CDC [ ] CRC |
|---|---|---|---|---|---|---|---|
| | 02-27-01 | | 52 INCLUDING: | 46 | 6 | | |

12. The defendant is remanded to the custody of the sheriff [X] forthwith [ ] after 48 hours excluding Saturdays, Sundays and holidays.
To be delivered to [X] the reception center designated by the director of the California Department of Corrections.
[ ] other *(specify)*:

CLERK OF THE COURT: I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| L. HARGROVE | MARCH 07, 2001 |

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

form adopted by the Judicial Council of California CR-290.1 [Rev. January 1, 1999

**ABSTRACT OF JUDGMENT- PRISON COMMITMENT- DETERMINATE SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM**

Penal Code §§1170, 1213, 1213.5

00012

C311

MUNICIPAL COURT OF LOS ANGELES JUDICIAL DISTRICT
COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

FILED
LOS ANGELES SUPERIOR COURT
SEP 28 2000
JOHN A. CLARKE
BY N ARMOR, DEPUTY

THE PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff,

v.

01 LUIS ARNOLDO (11/26/1971) Defendant(s).

CASE NO. BA202251

FELONY COMPLAINT

The undersigned is informed and believes that:

COUNT 1

On or about April 18, 2000, in the County of Los Angeles, the crime of FORCIBLE RAPE, in violation of PENAL CODE SECTION 261(a)(2), a Felony, was committed by LUIS ARNOLDO, who did unlawfully have and accomplish an act of sexual intercourse with a person, to wit, MARGARITA M., not his/her spouse, against said person's will, by means of force, violence, duress, menace and fear of immediate and unlawful bodily injury on said person and another.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c) and a violent felony within the meaning of Penal Code 667.5(c)."

"NOTICE: Conviction of this offense will require the court to order you to submit to a blood test for evidence of antibodies to the probable causative agent of Acquired Immune Deficiency Syndrome (AIDS). Penal Code section 1202.1."

"NOTICE: Conviction of this offense will require you to register pursuant to Penal Code section 290. Willful failure to register is a crime."

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

* * * * *

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF COURT CERTIFIED DOCUMENT(S) ON FILE WITH THE CALIFORNIA DEPARTMENT OF CORRECTIONS

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER BA202251, CONSISTS OF 1 COUNT(S).

Executed at LOS ANGELES, County of Los Angeles, on May 9, 2000.

Carey J. Ricard

DECLARANT AND COMPLAINANT

GIL GARCETTI, DISTRICT ATTORNEY

BY: Sam Dordulian

SAMUEL DORDULIAN, DEPUTY

AGENCY: LAPD - HOLLENBECK AREA

I/O: C. RICARD

ID NO.: 21874

PHONE : (323) 526-3165

DR NO.: 000412132

OPERATOR: G8

PRELIM. TIME EST.: 2 HOUR(S) - L

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
| --- | --- | --- | --- | --- | --- |
| ARNOLDO, LUIS | 021552595 | 11/26/1971 | 6412801 | $50,000 | 5/9/2000 |

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

# FELONY COMPLAINT -- ORDER HOLDING TO ANSWER -- P.C. SECTION 872

It appearing to me from the evidence presented that the following offense(s) has/have been committed and that there is sufficient cause to believe that the following defendant(s) guilty thereof, to wit:

*(Strike out or add as applicable)*

LUIS ARNOLDO

| Count No. | Charge | Charge Range | Special Allegation | Alleg. Effect |
|---|---|---|---|---|
| 1 | PC 261(a)(2) | 3-6-8* | | |

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF COURT CERTIFIED DOCUMENT(S) ON FILE WITH THE CALIFORNIA DEPARTMENT OF CORRECTIONS

U.S. IMMIGRATION OFFICER

Date of arraignment in the Superior Court will be October 12, 2000 at ~~9:00~~ 8:30 a.m., in Department 120

FILED
LOS ANGELES SUPERIOR COURT

SEP 28 2000

On September 28, 2000 the hereinafter ~~named defendant~~ JOHN A. CLARKE

being present in Court and represented by his counsel Chaim Magnum BY N. ... DEPUTY

and having waived his right to a preliminary examination before a Magistrate:

WHEREFORE, it is ordered that the Defendant Luis Arnoldo

be held to answer to the offense in the within complaint mentioned, to-wit: 261(a)(2)PC;

and that he be admitted to bail in the sum of $50,000 Bail To Stand Dollars and that he be committed to the custody of the Sheriff of Los Angeles County until he give such bail.

Dated 9-28-00

SUPERIOR COURT LOS ANGELES COUNTY CALIFORNIA

Committing Magistrate

Penalty assessment to be deposited $_____

76P529T—Cr 96– Cdb 7—71