1  KAREN P. HEWITT
   United States Attorney
2  A. DALE BLANKENSHIP
   Assistant U.S. Attorney
3  California State Bar No. 235960
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6199/(619) 235-2757 (Fax)
   Email: Dale.Blankenship@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR0293-LAB
                                    )
11 |            Plaintiff,          )   DATE:      March 17, 2008
                                    )   TIME:      2:00 p.m.
12 |                                )
                                    )   GOVERNMENT'S NOTICE OF MOTION
13 | LUIS ARNOLDO-AREVALO,          )   AND MOTION FOR RECIPROCAL
                                    )   DISCOVERY AND FINGERPRINT
14 |            Defendant.          )   EXEMPLARS
                                    )
15 | _____)

16                            NOTICE OF MOTIONS

17        TO:   Robert L. Swain, Esq, Counsel for defendant Luis Arnoldo-Arevalo,

18
   PLEASE TAKE NOTICE that on Monday, March 17, 2008, at 2:00 p.m., or as soon thereafter as
19
   counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN
20
   P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney,
21
   will move the court for an order granting the Government's Motion for Reciprocal Discovery and
22
   Fingerprint Exemplars.
23
   //
24
   //
25
   //
26
   //
27
   //
28

## MOTIONS

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, will hereby move the court for an order granting the Government's motions for reciprocal discovery and fingerprint exemplars.

DATED:    March 11, 2008.

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    s/ A. Dale Blankenship
    A. DALE BLANKENSHIP
    Assistant United States Attorney
    Attorneys for Plaintiff
    United States of America
    Email: Dale.Blankenship@usdoj.gov