**ROBERT L. SWAIN**
California Bar No. 144163
Attorney at Law
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone No: (619) 544-1494
Facsimile No: (619) 544-1473
e-mail: rls11@aol.com

Attorney for Defendant **Arnoldo-Arevalo**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>          Plaintiff,  <br><br>v.  <br><br>**LUIS ARNOLDO-AREVALO,**  <br><br>          Defendant. | Criminal No. **08-CR-0293-LAB**  <br><br>Date: May 5, 2008  <br>Time: 2:00 p.m.  <br><br>**NOTICE OF MOTIONS IN LIMINE AND MOTIONS IN LIMINE TO:**  <br>**(1) DISMISS INDICTMENT**  <br>**(2) PRECLUDE EVIDENCE;**  <br>**(3) PRECLUDE ADMISSION OF THE CERTIFICATE OF NONEXISTENCE OF RECORD;**  <br>**(4) LIMIT THE TESTIMONY OF THE A-FILE CUSTODIAN;**  <br>**(5) PRECLUDE A-FILE DOCUMENTS FROM USE AS PROOF OF ALIENAGE;**  <br>**(6) ALLOW IMPEACHMENT OF HEARSAY DECLARANT;**  <br>**(7) SUPPRESS STATEMENTS; AND**  <br>**(8) PRECLUDE 404b AND 609 EVID.** |

TO:     KAREN HEWITT, UNITED STATES ATTORNEY, and
         DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Monday, May 5, 2008 at 2:00 p.m., or as soon thereafter as counsel my be heard, the defendant, Luis Arnoldo-Arevalo, by and through his counsel, Robert L. Swain, and asks for relief on the Motions in Limine.

//

//

//

**MOTIONS**

The defendant, Luis Arnoldo-Arevalo, by and through his counsel, Robert L. Swain, and pursuant to the Federal Rules of Evidence and Criminal Procedure and all other applicable statutes will move this court to:

1) dismiss the indictment;

2) preclude evidence;

3) preclude admission of the certificate of non existence of record;

4) limit the testimony of the A-file custodian;

5) preclude A-file documents from use as proof of alienage;

6) allow impeachment of hearsay declarant;

7) suppress statements; and

8) preclude 404b and 609 evidence.

These <u>in limine</u> motions are based upon the instant motions, the notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-entitled cause, and any and all other information that may be brought to the Court's attention prior to or during the hearing on these motions.

Respectfully submitted,

Dated: April 21, 2008

/s/ Robert L. Swain
**ROBERT L. SWAIN**
Attorney for Defendant **Arnoldo-Arevalo**