1  UNITED STATES DISTRICT COURT
2  SOUTHERN DISTRICT OF CALIFORNIA
3  **(HON. LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. **08-CR-0293-LAB** |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| **LUIS ARNOLDO-AREVALO**, | |
| Defendant. | |

I, ROBERT L. SWAIN, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of the Notice of Motions in Limine and Motions in Limine and Memorandum of Points and Authorities on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

Judge Larry A. Burns efile_Burns@casd.uscourts.gov.

Assistant United States Attorney Dale.Blankenship@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2008.

/s/ Robert L. Swain
ROBERT L. SWAIN