FILED

08 APR 24 PM 3:51

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS ARNOLDO-AREVALO,<br><br>    Defendant. | Criminal Case No. <u>08CR0293-LAB</u><br><br>**I N D I C T M E N T**<br>**(Superseding)**<br><br>Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 1028A(a)(1) - Aggravated Identity Theft |

The grand jury charges:

Count 1

On or about January 9, 2008, within the Southern District of California, defendant LUIS ARNOLDO-AREVALO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense; all in violation of Title 8, United States Code, Sections 1326(a) and (b).

ADBL:nlv(1):San Diego
2/20/08

1     It is further alleged that defendant LUIS ARNOLDO-AREVALO was
2 removed from the United States subsequent to February 27, 2001.

### Count 2

On or about January 9, 2008, within the Southern District of California, defendant LUIS ARNOLDO-AREVALO, during and in relation to a violation of Title 8, United States Code, Sections 1326(a) and (b), knowingly possessed and used, without lawful authority, a means of identification of another person, to wit: United States B1/B2 VISA and Border Crossing Card in the name of Agustin Gonzalez Torres; in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: April 24, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
A. DALE BLANKENSHIP
Assistant U.S. Attorney

2