**ROBERT L. SWAIN**
Attorney at Law
California Bar No. 144163
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1494
Facsimile: (619) 544-1473
e-mail: rls11@aol.com

Attorney for Defendant **Arnoldo-Arevalo**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>                          Plaintiff,      )<br>v.                                                    )<br>                                                        )<br>**LUIS ARNOLDO-AREVALO**,     )<br>                                                        )<br>                          Defendant.  )<br>                                                        )  | CASE NO. 08-CR-0293-LAB<br><br>DATE-Motions in Limine: June 2, 2008<br>TIME:        2:00 p.m.<br><br>DATE- Jury Trial: June 3, 2008<br>TIME:        9:00 a.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS:**<br><br>**(1)    TO DISMISS COUNT ONE FOR SPEEDY TRIAL ACT VIOLATION;**<br><br>**(2)    TO DISMISS COUNT TWO FOR SPEEDY TRIAL ACT VIOLATION; AND**<br><br>**(3)    TO DISMISS COUNT TWO AS DEFECTIVE** |

**TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
          DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY**:

    PLEASE TAKE NOTICE that on Monday, June 2, 2008, at 2:00 p.m. or as soon thereafter as counsel may be heard, the defendant, Luis Arnoldo-Arevalo, by and through his counsel, Robert L. Swain, will ask this Court to enter an order granting the following motions.

//

## **MOTIONS**

The defendant, Luis Arnoldo-Arevalo, by and through his counsel, Robert L. Swain, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to dismiss count one for Speedy Trial Act violation;

2) to dismiss count two for Speedy Trial Act violation; and

3) to dismiss count two as defective.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: May 19, 2008

/s/ Robert L. Swain
**ROBERT L. SWAIN**
Attorneys for Arnoldo-Arevalo