## GOVERNMENT'S WITNESS LIST

<u>United States v. Luis Arnoldo-Arevalo</u>

Criminal Case No. 08CR0293-LAB

<u>X</u> Plaintiff ___ Defendant        Bench Trial: <u>June 3, 2008, at 9:30 a.m.</u>

| NO. | IDENT. | EVID. | WITNESS |
|---|---|---|---|
| 1 | JUN -3 2008 | | CBP Officer Emmanuel Arambulo |
| 2 | JUN -3 2008 | | CBP Officer Jorge Rosario |
| 3 | JUN -3 2008 | | CBP Officer Sara Esparagoza |
| 4 | JUN -3 | | Immigration Enforcement Agent Fernando Valenzuela |
| 5 | JUN -3 2008 | | Department of State Special Agent Ricardo Gibert |
| 6 | June 3 2008 | | Agustin Gonzalez Torres |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

# GOVERNMENT'S EXHIBIT LIST

<u>United States v. Luis Arnoldo-Arevalo</u>

Criminal Case No. 08CR0293-LAB

__X__ Plaintiff  ____ Defendant       Bench Trial: <u>June 3, 2008, at 9:30 a.m.</u>

| NO. | IDENT. | EVID. | DESCRIPTION | WITNESS |
|---|---|---|---|---|
| 1 | JUN -3 2008 | JUN -3 2008 | Photo Altered Border Crossing Card (B1/B2 Visa/BCC) | |
| 2 | JUN -3 2008 | JUN -3 2008 | Counterfeit Mexican Driver License | |
| 3 | JUN -3 2008 | JUN -3 2008 | Counterfeit Mexican Voter Card | |
| 4 | JUN -3 2008 | JUN -3 2008 | Notice of Intent to Issue Administrative Order (Form I-851) dated February 10, 2006 | |
| 5 | JUN -3 2008 | JUN -3 2008 | Final Administrative Removal Order dated February 13, 2006 | |
| 6 | JUN -3 2008 | JUN -3 2008 | Warning to Alien Ordered Removed or Deported (Form I-294) | |
| 7 | JUN -3 2008 | JUN -3 2008 | Warrant of Removal/Deportation (Form I-205) dated February 21, 2006 | |
| 8 | JUN -3 2008 | JUN -3 2008 | Certificate of Non-existence of Record | |
| 9 | JUN -3 2008 | JUN -3 2008 | IV Applicant Detail for Agustin Gonzalez Torres | |
| 10 | JUN -3 2008 | JUN -3 2008 | Visa Application for Agustin Gonzalez Torres | |
| 11 | JUN -3 2008 | JUN -3 2008 | Forensic Bilingual Transcription and Translation of D Luis Arnoldo-Arevalo | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |

Page -1-