UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LUIS ARNOLDO-AREVALO,<br><br>　　　　　Defendant. | CASE NO. 08CR293-LAB<br><br>WAIVER OF TRIAL BY JURY<br>AND<br>WAIVER OF SPECIAL FINDINGS OF FACT |

　　The undersigned defendant hereby waives the right to a trial by a jury and requests the Court to try all charges against him/her in this case without a jury.

　　The undersigned defendant further waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.

_____5-29_____, 20_08_    _____/s/_____
　　　　　　　　　　　　　　　　　　　Defendant

　　The undersigned attorney represents that prior to the signing of the foregoing waiver, the above-named defendant was fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, and the right to request special findings in a case tried without a jury; and further represents that, in his/her opinion, the above waiver by the defendant of trial by jury and special findings is voluntarily and understandingly made, and recommends to the Court that the waiver be approved.

_____5-29_____, 20_08_    _____/s/_____
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

　　The United States Attorney hereby consents that the case be tried without a jury, and waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.

_____6/2_____, 20_08_    United States Attorney
　　　　　　　　　　　　　　　　　　　By _____/s/_____
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

APPROVED: __6/2__, 20_08_    _____/s/ Larry A. B_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE