# UNITED STATES DISTRICT COURT

FOR THE ___SOUTHERN___ DISTRICT OF ___CALIFORNIA___

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __08-50280__   U.S. District Court Case No. __08-0293__
(Include defendant # in Criminal Cases)
Short Case Title __U.S. v. ARNOLDO-AREVALO__
(Include Name of Specific Defendants in Criminal Cases)
Date Notice of Appeal Filed by Clerk of District Court ___6/13/08___

08 JUL -1 PM 3:22

---

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| SEE ATTACHED | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered ___7/1/08___
Type or Print Name ___ROBERT SWAIN___
Signature of Attorney _____  Phone Number __(619)544-1494__
Address: __964 5TH AVE STE 214, SAN DIEGO, CA 92101__

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. District Court at (619) 557-6368.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

CA9-039 (REV. 11/96)

COPY 1

UNITED STATES V. ARNOLDO-AREVALO
D.C. CASE NO. 08-0293
C.A. CASE NO. 08-50280

| Date | Reporter | Proceeding |
|---|---|---|
| March 17, 2008 | EVA OEMICK | MOTION HEARING |
| April 1, 2008 | EVA OEMICK | MOTION HEARING |
| April 28, 2008 | EVA OEMICK | MOTION HEARING |
| May 28, 2008 | EVA OEMICK | MOTION HEARING |
| June 2, 2008 | EVA OEMICK | MOTION HEARING |
| June 3, 2008 | EVA OEMICK | TRIAL/MOTIONS |
| June 9, 2008 | EVA OEMICK | SENTENCING |